# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **REV. JESSE G. ANDERSON, JR.,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 7:06-cv-06 (HL) |
| **THE TIFTON GAZETTE,** | : | |
| Defendant. | : | |

## ORDER

By Order entered October 4, 2006, Plaintiff, Rev. Jesse G. Anderson, Jr., was directed to show cause in writing why this case should not be dismissed for his failure to respond to the discovery requests of Defendant, the Tifton Gazette. The time for responding to the Show Cause Order has passed and Plaintiff has failed to respond as directed. Therefore, this case is hereby dismissed.

**SO ORDERED**, this 25th day of October, 2006.

s/   Hugh Lawson
**HUGH LAWSON, JUDGE**

mls